UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE ANDRADE RICO,

    Plaintiff,

v.

JEFFREY BEARD, et al.,

    Defendants.

Case No. 16-cv-04348-KAW (PR)

**ORDER DIRECTING CLERK TO CHANGE NAME OF DEFENDANT AND TO SERVE DEFENDANT AT CURRENT ADDRESS**

Dkt. No. 10.

    On September 30, 2016, the Court found that the allegations in Plaintiff's complaint, liberally construed, appeared to give rise to an Eighth Amendment conditions of confinement claim against all the named Defendants at Pelican Bay State Prison, including J. Cask. On October 11, 2016, the Pelican Bay Litigation Coordinator sent a letter to the Court indicating that the Litigation Office believes the defendant named as J. Cask is an individual named J. Cuske who now works at the California Correctional Women's Facility ("CCWF").

    Accordingly, the Clerk is directed to change the defendant's name on the docket from J. Cask to J. Cuske and to mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint and all attachments, a copy of the Court's September 30, 2016 Order, a copy of this Order and a copy of the form "Consent or Declination to Magistrate Judge Jurisdiction" to J. Cuske at CCWF. This form can also be found at www.cand.uscourts.gov/civilforms. The Clerk shall also mail of copy of this Order to the State Attorney General's Office in San Francisco and a copy of this Order to Plaintiff.

    IT IS SO ORDERED.

Dated: 10/14/16

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE