IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 3:16-cv-4348-CRB<br><br>**ORDER OF TRANSFER** |

Plaintiff Jorge Rico is a prisoner at Pelican Bay State Prison. SAC (dkt. 38) ¶ 7. From October 2014 until August 24, 2016, he was housed in solitary confinement. Id. Rico now brings claims for injunctive relief and damages, alleging that a suicide-prevention protocol ordered by Judge Kimberly J. Mueller caused him severe sleep deprivation as a result of the protocol's hourly clangs of metal hitting metal. Id. ¶¶ 25–45; see also Coleman v. Brown, No. 2:90-cv-520-KJM (E.D. Cal.). Accordingly, the Court ORDERS that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the U.S. District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: July 6, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE