UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | No.  2:90-cv-0520 KJM DB P<br><br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order the parties in the above captioned case are directed to file and serve any response they may have to the Notice of Related Cases filed in this action on July 11, 2017;

2. The Clerk of the Court is directed to filed a copy of this order in Case No. 1:14-cv-1959 DAD SKO P; Case No. 1:15-cv-0266 JLT P; and Case No. 2:17-cv-1402 CKD and serve it on the parties in said cases; and

3. Within fourteen days from the date of this order any party to a case listed in paragraph two of this order may, but is not required, to respond to the Notice of Related Cases.

DATED: July 14, 2017.

_____
UNITED STATES DISTRICT JUDGE