UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. 2:17-cv-1402 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action under 42 U.S.C. § 1983. On July 6, 2017, this case was transferred to this court from the Northern District of California. On February 2, 2018, this case was related to three other cases pending in this court and was reassigned to the undersigned magistrate judge. The court's review of the docket shows that defendants filed a motion to dismiss on June 29, 2017. That motion was not resolved prior to transfer of this case.

////

////

////

////

////

1

If defendants wish to proceed with the motion to dismiss, within twenty days of the date of this order defendants shall file a notice of the motion for hearing before the undersigned pursuant to Local Rule 230(b). Plaintiff's opposition and any reply shall be briefed according to Local Rule 230.

IT IS SO ORDERED.

Dated: February 9, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/rico1402.mtd notice