UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. 2:17-cv-1402 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner at Pelican Bay State Prison ("PBSP") proceeding through counsel with an action under 42 U.S.C. § 1983. On March 29, 2018 at 1:30 p.m., the undersigned held an informal telephonic discovery conference to discuss plaintiff's request that PBSP make him available for an examination by his expert, Dr. Rafael Pelayo, before April 9, 2018. Kate Falkenstein participated in the conference for plaintiff. Heewon Heidi Seo and Jeffrey Fisher participated for defendants. After considering the parties' joint statement (ECF No. 70) and the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Before April 9, 2018 and while plaintiff is still incarcerated in the SHU at PBSP, defendants shall make plaintiff available at PBSP for an examination by Dr. Rafael Pelayo, Clinical Professor at the Stanford Center for Sleep Sciences and Medicine.
2. By the close of business on March 30, 2018, counsel for both parties shall meet and confer to arrange the date, time, and scope of the examination. Counsel for defendants

shall discuss these details with the PBSP litigation coordinator prior to meeting with counsel for plaintiff.

3. The Clerk of the Court is directed to serve a copy of this order on the litigation coordinator at PBSP.

Dated: March 29, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/rico1402.inf disco