1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JORGE ANDRADE RICO,                         No.  2:17-cv-1402 KJM DB P

12                Plaintiff,

13        v.                                      ORDER

14    JEFFREY BEARD, et al.,

15                Defendants.

16

17        In a recently-filed supplement to their motion to dismiss, defendants informed the court

18    that plaintiff's housing has changed and he is no longer subject to the Guard One checks, which

19    lie at the basis of his action.  (ECF No. 77.)  Therefore, defendants argue, plaintiff's injunctive

20    relief claims are moot.  While the court recognizes that defendants could have raised this issue

21    earlier, because mootness is jurisdictional, the court finds it appropriate to consider along with the

22    arguments raised in defendants' motion to dismiss.  See Foster v. Carson, 347 F.3d 742, 745 (9th

23    Cir. 2003) ("If there is no longer a possibility that an appellant can obtain relief for his claim, that

24    claim is moot and must be dismissed for lack of jurisdiction." (Internal citation omitted.)).

25        Accordingly, IT IS HEREBY ORDERED as follows:

26        1.  Within twenty days of the filed date of this order, defendants shall file a brief on the

27            mootness issue raised in their May 17, 2018 supplement to their motion to dismiss.

28    ////

                                             1

2.   Within fifteen days of service of defendants' brief, plaintiff shall file a responsive

brief.  Within ten days of service of plaintiff's brief, defendants may file a reply.

Dated: May 18, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/rico1402.moot brf