IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jorge Rico

        Plaintiff(s)

vs.

Jeffrey Beard, et al.

        Defendants.

No. 2:17-cv-01402-KJM-DB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Kate Falkenstien, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 26, 2017, by the Honorable Kandis Westmore of the Northern District, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> One of the central issues in this case, for both damages and injunctive relief, is whether the Guard One system has harmed Mr. Rico by subjecting him to sleep deprivation. IDr. Rafael Pelayo is a clinical professor at the Stanford Center for Sleep Sciences and Medicine. He is willing to review Mr. Rico's medical records, visit Pelican Bay to meet Mr. Rico and examine him, and write a report on his findings. I am seeking reimbursement for Dr. Pelayo's expenses in visiting Pelican Bay (a flight and one night in a hotel) and $3000 in fees. Dr. Pelayo's ordinary hourly rate is $500/hour, but he has agreed to accept a flat fee of $3000 because the case is a pro bono matter.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 4000.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:17-cv-01402-KJM-DB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | None | None |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of March, 20 18, at Redwood Shores, California.

Kate Falkenstien
_____
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 12/17/2018

_____
UNITED STATES DISTRICT JUDGE