UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1402 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On June 20, 2019, defendants filed a motion to stay these proceedings pending the resolution of their appeal. (ECF No. 112.) Because, at the court's direction, defendants did not set this motion for hearing, this court issues this order to set a briefing schedule.

Within fifteen days of the filed date of this order, plaintiff shall file a response to defendants' motion to stay. Within ten day of the filing of plaintiff's response, defendants may file a reply.

IT IS SO ORDERED.

Dated: July 12, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/rico1402.stay brfing

1