UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Eastern District of California |
| U.S. District Court case number: | 2:17-cv-01402-KJM-DB |
| Date case was first filed in U.S. District Court: | 08/02/2016 |
| Date of judgment or order you are appealing: | 10/05/2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ⦿ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jorge Andrade Rico

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If Yes, what is the prior appeal case number?   19-15541

Your mailing address:

Reichman Jorgensen Lehman & Feldberg LLP

100 Marine Parkway, Suite 300

City: Redwood Shores   State: CA   Zip Code: 94065

Prisoner Inmate or A Number (if applicable):   AI3815

**Signature**   /s/ Shawna L. Ballard   **Date**   Nov 4, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Jorge Andrade Rico |

Name(s) of counsel (if any):

| |
|---|
| Shawna L. Ballard (admission pending)<br>Kate Falkenstien |

Address: 100 Marine Parkway, Suite 300, Redwood Shores, CA 94065

Telephone number(s): 650-623-1401

Email(s): sballard@reichmanjorgensen.com, kfalkenstien@reichmanjorgensen.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Kathleen Allison, in her capacity as Secretary, California Department of Corrections and Rehabilitation (CDCR); Connie Gipson, in her capacity as Director, Division of Adult Institutions, CDCR |

Name(s) of counsel (if any):

| |
|---|
| Jeffrey T. Fisher |

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004

Telephone number(s): 415-510-3620

Email(s): Jeffrey.Fisher@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jorge Andrade Rico

Name(s) of counsel (if any):

Brian C. Baran

Address: 1710 Rhode Island Ave NW, 12th Floor, Washington, DC 20036

Telephone number(s): 202-894-7310

Email(s): bbaran@reichmanjorgensen.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

James Robertson, in his capacity as Warden, Pelican Bay State Prison; F.P. Marulli, D. Abernathy, J. Cuske, C. Parry, Nelson, Garcia, Shaver, Escamilla

Name(s) of counsel (if any):

Jeffrey T. Fisher

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004

Telephone number(s): 415-510-3620

Email(s): Jeffrey.Fisher@doj.ca.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*